**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LILBURN MARVIN PARKER,**<br>**DUWAYNE PARKER,**<br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES COAST GUARD,**<br>Defendant. | CIVIL ACTION NO.: _______________ |

**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**
**UNDER THE FREEDOM OF INFORMATION ACT**

Plaintiffs Lilburn Marvin Parker and Duwayne Parker, by and through undersigned counsel, bring this action against Defendant United States Coast Guard ("USCG") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and respectfully allege as follows:

## I. INTRODUCTION

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, seeking the immediate processing and disclosure of agency records concerning the United States Coast Guard's investigation of a commercial marine casualty involving the fishing vessel *BE ALL RIGHT* on October 24, 2025.

2. Defendant United States Coast Guard has failed to issue a determination, conduct an adequate search, or produce responsive records within the statutory time limits set forth in 5 U.S.C. § 552(a)(6)(A), thereby improperly withholding agency records.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

4. Venue is proper in the United States District Court for the Southern District of Alabama pursuant to 5 U.S.C. § 552(a)(4)(B) because the agency records sought in Plaintiffs' FOIA request are located and maintained within this judicial district at the United States Coast Guard Sector Mobile Investigations Division, located at 1500 15th Street, Mobile, Alabama 36615.

## III. PARTIES

5. Plaintiff Lilburn Marvin Parker ("Marvin") is an individual residing in Alabama and is the owner and operator of the commercial fishing vessel *BE ALL RIGHT*.

6. Plaintiff Duwayne Parker ("Duwayne") is an individual residing in Alabama and was the First Mate aboard the *F/V BE ALL RIGHT*.

7. Defendant United States Coast Guard ("USCG" or "Defendant") is an agency of the Executive Branch of the United States Government, a component of the Department of Homeland Security, and an agency in possession and control of the requested public records.

## IV. FACTUAL ALLEGATIONS

### A. The Underlying Marine Casualty and Investigation

8. On October 24, 2025, the *F/V BE ALL RIGHT*, a 32-foot commercial fishing vessel owned and operated by Marvin, suffered a marine casualty approximately 50 miles south of Dauphin Island, Alabama, in the Gulf of Mexico.

9. The USCG was notified of the incident, responded to the casualty, and subsequently opened an investigation through the USCG Sector Mobile Investigations Division.

10. Plaintiffs Marvin and Duwayne fully cooperated with the USCG investigation, including providing formal interviews and statements to agency investigators. In approximately may of 2026, Plaintiffs were informed by USCG personnel that the investigation was complete. Following completion of the investigation, Plaintiffs requested to be treated as Parties in Interest ("PII"), but Defendant denied that request.

**B. Submission and Perfection of FOIA Request No. 2026-CGFO-01163**

11. On January 21, 2026, Plaintiffs submitted a formal FOIA request to the USCG seeking records related to the casualty investigation.

12. On February 6, 2026, Defendant acknowledged receipt of the request, assigned it FOIA Request No. 2026-CGFO-01163, and requested further clarification and identity authorization documentation.

13. On February 12, 2026, Plaintiffs provided the requested signed authorization forms and perfected the request by explicitly defining the scope of records sought as follows:

*"Any documents related to the investigation of the marine casualty involving the BE ALL RIGHT, a 32-foot commercial fishing vessel on October 24, 2025, approximately 50 miles south of Dauphin Island, Alabama including any investigative report, supporting witness statements, photographs or video recordings, diagrams, maps and chronologies."*

14. As of February 12, 2026, Defendant possessed all information necessary to search for and identify all responsive records.

**C. Defendant's Statutory Non-Compliance and Constructive Exhaustion**

15. On March 12, 2026, Plaintiffs sent a written inquiry to Defendant requesting a status update on the perfected request.
16. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to make a determination regarding FOIA Request No. 2026-CGFO-01163 within twenty (20) working days following receipt of the perfected request.
17. Defendant failed to make a determination within the statutory deadline and failed to request any statutory extension.
18. On September 1, 2026—more than six months after the perfected request was submitted—Plaintiffs served Defendant with a Formal Demand for Production and Notice of Constructive Exhaustion via email to the USCG FOIA Office.
19. The September 1, 2026, Demand Letter formally notified Defendant that Plaintiffs considered their administrative remedies constructively exhausted pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and demanded production of all non-exempt responsive records within ten (10) calendar days.
20. To date, Defendant has failed to produce the requested records, failed to issue a determination, and failed to demonstrate that any statutory exemption applies to the records withheld.

## V. CAUSE OF ACTION

**COUNT I: VIOLATION OF THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552)**

21. Plaintiffs reallege and incorporate paragraphs 1 through 20 as if fully set forth herein.
22. Defendant USCG is an agency subject to FOIA and is required to search for and produce agency records upon receipt of a proper request.

23. Plaintiffs' perfected FOIA request reasonably describes the records sought and complies with all applicable published procedures.
24. Defendant's failure to make a determination within the twenty-day statutory period set forth in 5 U.S.C. § 552(a)(6)(A)(i) violates FOIA.
25. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), Plaintiffs have constructively exhausted all administrative remedies concerning Request No. 2026-CGFO-01163.
26. Defendant's continued failure to conduct a reasonable search and produce responsive, non-exempt agency records constitutes an unlawful withholding of public records under 5 U.S.C. § 552(a)(4)(B).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Lilburn Marvin Parker and Duwayne Parker respectfully request that this Honorable Court enter judgment against Defendant United States Coast Guard and grant the following relief:

A. DECLARE that Defendant's failure to make a timely determination and produce records responsive to FOIA Request No. 2026-CGFO-01163 violates the Freedom of Information Act, 5 U.S.C. § 552;

B. ORDER Defendant to immediately conduct a search reasonably calculated to locate all agency records responsive to FOIA Request No. 2026-CGFO-01163 maintained at USCG Sector Mobile and all other USCG offices or facilities;

C. ORDER Defendant to produce all responsive, non-exempt records to Plaintiffs within ten (10) days of the Court's Order;

D. ORDER Defendant to provide a detailed index (Vaughn Index) justifying the withholding of any record or portion thereof claimed to be exempt from disclosure under 5 U.S.C. § 552(b);

E. AWARD Plaintiffs their reasonable attorney's fees and litigation costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

F. GRANT such other and further relief as the Court deems just, proper, and equitable.

Dated this 14th day of September 2026.

Respectfully submitted,

*/s/ Richard W. Fuquay*
Richard W. Fuquay
Attorney for Plaintiffs Lilburn Marvin Parker and Duwayne Parker
660 Springhill Avenue
Mobile, Alabama 36602
Telephone: (251) 473-4443
Facsimile: (251) 383-3561

Defendant to be served by Certified Mail:

**UNITED STATES COAST GUARD**
Commandant (CG-61)
Attn: Information Management / FOIA
U.S. Coast Guard Stop 7710
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593-7710

**ATTORNEY GENERAL OF THE UNITED STATES**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**CIVIL PROCESS CLERK**
United States Attorney's Office
Southern District of Alabama
11 North Water Street, Suite 30100
Mobile, Alabama 36602